UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ODLIMA BALLESTEROS,

                Plaintiff,

19 CIVIL 1701

-v-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2020, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $9500, pursuant to the Equal Access to Justice Act (EAJA), 28 U,S.C. § 2412. Such award is made in full satisfaction of any claim for fees, expenses and costs under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

**Dated:** New York, New York
        January 17, 2020

                                            RUBY J. KRAJICK

                                            **Clerk of Court**

BY: _____
                            **Deputy Clerk**